IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDDIE FELICIANO,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 15-cv-3371 |
| v. | : | |
| | : | CRIMINAL ACTION |
| **UNITED STATES OF AMERICA,** | : | NO. 13-cr-327 |
| Defendant. | : | |

## ORDER

**AND NOW**, this __12th__ day of April, 2016, upon consideration of Petitioner Freddie Feliciano's § 2255 Motion to Vacate / Set Aside / Correct a Sentence (Doc. No. 42), the Government's Opposition to the Motion (Doc. No. 45), Mr. Feliciano's Objections (Doc. No. 48), and the Government's Reply to those Objections (Doc. No. 51), it is hereby **ORDERED** that:

1. The Motion (Doc. No. 42) is **DENIED** for the reasons set forth in the Court's Memorandum Opinion;

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Feliciano's Motion;

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:


/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge